✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.   Crim. No.   7:16-CR-00037-002 (HL)

**GREGORY DWIGHT MAULDIN**

Gregory Dwight Mauldin is in compliance with the rules and regulations of supervised release and has met the criteria for early termination as outlined in the Guide; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts, and is no longer in needed of supervision. It is accordingly recommended that Mauldin be discharged from supervision.

Respectfully submitted,

Desmond A. Phillips
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   26th   day of   September  , 2023.

s/Hugh Lawson
HUGH LAWSON
SENIOR U.S. DISTRICT JUDGE